UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

JERRY WALTON,

                Defendant.

12 Cr. 857 (JHR)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/3/2024

JENNIFER H. REARDEN, District Judge:

The Court is in receipt of Defendant Jerry Walton's application requesting the appointment of new counsel. The Court will address his application on **Thursday, May 9, 2024** at **2:30 p.m.** The duty CJA attorney will be present for the proceeding.

The Clerk of Court is directed to terminate ECF No. 18.

SO ORDERED.

Dated: May 3, 2024
       New York, New York

JENNIFER H. REARDEN
United States District Judge