UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

JERRY LOUIS WALTON,

                Defendant.

12 Cr. 00857 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

By **December 20, 2024**, the parties shall file a joint letter (with Probation's input) regarding the status of Defendant's compliance with the terms of his supervised release. The letter shall also set forth the parties' respective positions concerning the pending specifications, including whether a disposition has been reached (and if so, as to which specifications) or if an evidentiary hearing is needed.

The Government is directed to forward a copy of this Order to the Probation Office.

SO ORDERED.

Dated: December 15, 2024
      New York, New York

                                            JENNIFER H. REARDEN
                                            United States District Judge